464

169 A.3d 965

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. JEFFREY CAMPBELL, DEFENDANT-RESPONDENT.

June 1, 2017

## ORDER

It is ORDERED that the motion, for leave to file a motion for leave to appeal as within time (M–1277) is granted.

169 A.3d 965

STATE OF NEW JERSEY IN THE INTEREST OF G.M., A JUVENILE. (G.M.-PETITIONER)

June 1, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004891–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.